1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  ROBERT W. RAINWATER, Bar #67212
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   JESUS NAVARRO-ZUNIGA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. 1:06-cr-0064 OWW
                                      )
12 |        Plaintiff,                )   STIPULATION TO CONTINUE
                                      )   STATUS CONFERENCE, AND ORDER
13 |    v.                            )   THEREON
                                      )
14 | JESUS NAVARRO-ZUNIGA             )
                                      )   Date:   May 9, 2006
15 |        Defendant.                )   Time:   9:00 a.m.
                                      )   Judge:  Honorable Oliver W. Wanger
16

17

18                          **STIPULATION**

19      It is hereby stipulated by and between the parties hereto that the status conference in the above-

20 entitled matter now set for April 25, 2006, may be continued to **May 9, 2006, at 9:00 a.m.**

21      The reason for this continuance is to allow counsel for defendant time for further preparation.

22      The parties agree that any delay resulting from this continuance shall be excluded in the interest of

23 justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

24 ///

25 ///

26 ///

27 ///

28 ///

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: April 21, 2006 | By: | /s/ Marianne A. Pansa<br>MARIANNE A. PANSA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: April 21 2006 | By: | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jesus Navarro-Zuniga |

## ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

DATED: April 24 , 2006          /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                United States District Court Judge
                                Eastern District of California